# United States District Court
# For The Western District of North Carolina
# Statesville Division

A. S., by and through his parents,
LEONEL S. and JENNIFER S.,

    Plaintiff(s),                        JUDGMENT IN A CIVIL CASE

vs.                                        5:11CV27

CATAWBA COUNTY BOARD
OF EDUCATION,

    Defendant(s).


DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 5, 2011, Order.

                                        Signed: August 5, 2011

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court